# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIYANNA McGHEE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security;<br><br>　　　　　　Defendant. | 4:23CV3163<br><br>ORDER |

**IT IS ORDERED** that the substitution of counsel (Filing No. 32) is granted and Tim Hook is deemed withdrawn as counsel of record for Defendant in this case and Christopher Ferretti is substituted as counsel for Defendant. The Clerk of Court shall terminate electronic notice to Tim Hook in this case.

**IT IS FURTHER ORDERED** that in accordance with Filing No. 32, Frank Bisignano, Commissioner of the Social Security Administration, is hereby substituted as the defendant Pursuant to Fed. R. Civ. P. 25(d).

The Clerk shall modify the docket to reflect this substitution.

Dated this 4th day of December, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge